

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| Defendant: | **Helix Robotics Solutions, Inc.** |
|---|---|
| Bankruptcy Case: | **Fieldwood Energy LLC** |
| Preference Period: | **May 5, 2020 - Aug 3, 2020** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:8/3/2020 | $125,179.88 | 8/3/2020 | CAN913520 | 7/28/2020 | $125,179.88 |
| **Totals:** | | 1 transfer(s), | $125,179.88 | | | | |